FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARCOS MIRANDA-GARCIA, (02),<br><br>Defendant. | No. 2:12-CR-06003-SMJ-2<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE** |

Defendant Jose Miranda-Garcia moves to reduce his sentence, arguing he is eligible for a reduction under Amendment 782 to the Sentencing Guidelines. ECF No. 248. The Court has previously considered and rejected this argument multiple times, ECF Nos. 238, 241, & 246, and finds no basis to revisit those decisions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), **ECF No. 248**, is **DENIED.**

ORDER DENYING MOTION TO
REDUCE SENTENCE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING MOTION TO REDUCE SENTENCE - 2